

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| JUSTIN MARK SHAFER | 3-17CR-239-N |

INDICTMENT

The Grand Jury charges:

Count One
Stalking
[Violation of 18 U.S.C. § 2261A]

From on or about July 2016, the exact date being unknown, until on or about April 14, 2017, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Justin Mark Shafer,** with the intent to injure, harass, and cause substantial emotional distress to a person to wit: NH, and EAH, used and attempted to use, facilities in interstate and foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused and attempted to cause substantial emotional distress to the victims.

In violation of 18 U.S.C. § 2261A.

## Count Two
### Protection of Individuals Performing Certain Official Duties
[Violation of 18 U.S.C. § 119]

On or about March 21, 2017, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Justin Mark Shafer,** did knowingly made and attempted to make, restricted personal information about NH, a federal law enforcement officer, publically available, with the with the intent to threaten, intimidate, or incite the commission of a crime of violence against that covered person, or a member of the immediate family of that covered person.

In violation of 18 U.S.C. § 119.

A TRUE BILL

_____
FOREPERSON

JEFFERSON B. SESSIONS
ATTORNEY GENERAL

RICHARD L. DURBIN
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TEXAS

_____
MICHELLE E. FERNALD
Special Assistant United States Attorney
Texas Bar No. 00796075
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Telephone: 512-916-5858
Facsimile: 512-916-5854
Email: michelle.fernald@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JUSTIN SHAFER

INDICTMENT

18 U.S.C. § 2261A
Stalking

18 U.S.C. §119
Protection of Individuals Performing Certain Official Duties

2 Counts

A true bill rendered

DALLAS                                                                FOREPERSON

Filed in open court this 19th day of April, 2017.

**Defendant in Federal Custody since 04/14/2017**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending