UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 3:17-CR-239N |
| | ) |
| JUSTIN MARK SHAFER | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S NOTICE OF ATTORNEY APPEARANCE

Comes now the United States Attorney for the Western District of Texas and files this Notice of Attorney Appearance in the above-styled and numbered cause.

The United States Attorney, by and through the undersigned Special Assistant United States Attorney, hereby notifies the Defendant and this Court that Special Assistant United States Attorney, Douglas W. Gardner, will be serving counsel in the above case.

    Respectfully submitted,

    JEFFERSON B. SESSIONS
    ATTORNEY GENERAL

    RICHARD L. DURBIN
    UNITED STATES ATTORNEY
    WESTERN DISTRICT OF TEXAS

    */s/ Douglas W. Gardner*
    _____
    DOUGLAS W. GARDNER
    Special Assistant United States Attorney
    Texas Bar No. 24007223
    816 Congress Avenue, Suite 1000
    Austin, Texas 78701

Telephone: 512-916-5858
Facsimile: 512-916-5854
Email: douglas.gardner@usdoj.gov

JEFFERSON B. SESSIONS
ATTORNEY GENERAL

RICHARD L. DURBIN
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TEXAS

*/s/ Michelle E. Fernald*

---
MICHELLE E. FERNALD
Special Assistant United States Attorney
Texas Bar No. 00796075
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Telephone: 512-916-5858
Facsimile: 512-916-5854
Email: michelle.fernald@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2014, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Stephen M. Orr
Orr & Olavson
1107 Nueces Street
Austin, TX 78701

Novert A. Morales
Attorney at Law
1007 E. 7th St.
Austin, TX 78702

Jeff Senter
Attorney at Law
700 Lavaca Street, 1400
Austin, TX 78701-3102

By:   /s/Matthew Harding
MATTHEW HARDING
Assistant United States Attorney