# Justin Shafer  My Dental Blog. My Website.

Classic   Flipcard   Magazine   Mosaic   Sidebar   Snapshot   Timeslide

14th April     Shake it off, Why doesn't HHS do its job?

DENTSPLY Caulk Shakes it off!



Proverbs 3:30



Dynamic Views theme. Powered by



[https://3.bp.blogspot.com/-aLdluQlnrRE/WPBrSvfgC0I/AAAAAAABNJU/6d62BJC7Nmc5dFUJOsCNo0YgvwyqqdkrgCLcB/s1600/how-do-you-like-them-apples.png]

https://www.bleepingcomputer.com/news/security/fbi-alert-urges-companies-to-secure-ftp-servers/ [https://www.bleepingcomputer.com/news/security/fbi-alert-urges-companies-to-secure-ftp-servers/]

https://www.databreaches.net/developing-justin-shafer-arrested-charging-with-cyberstalking-fbi-agents-family/ [https://www.databreaches.net/developing-justin-shafer-arrested-charging-with-cyberstalking-fbi-agents-family/]

https://motherboard.vice.com/en_us/article/fbi-investigating-security-researcher-for-links-to-dark-overlord-hacking-gang [https://motherboard.vice.com/en_us/article/fbi-investigating-security-researcher-for-links-to-dark-overlord-hacking-gang]   Seems my phone call to the St. Louis FBI fell on deaf ears (I felt like she was an air head anyways), and me sending the Farmington Database to the Dallas FBI on July 1st 2016 had zero affect. TDO told me he is hacking everyone because the FBI "Butt Fisted" me.. his words. The only other insightful thing he told me is that he does security for a living.

https://assets.documentcloud.org/documents/3535241/Shafer-Complaint.pdf [https://assets.documentcloud.org/documents/3535241/Shafer-Complaint.pdf]  (they padded this complaint with TDOHack3r krud)

Accessing an anonymous (public) FTP SERVER is NOT a violation of the CFAA. =)

How about this:
Why does the Office of Civil Rights refuse to investigate GRAND STREET MEDICAL?
https://www.databreaches.net/ny-treasure-tr [https://www.databreaches.net/ny-treasure-trove-of-grand-street-medical-associates-patient-data-exposed-and-indexed/]   ove-of-grand-street-medical-associates-patient-data-exposed-and-indexed/ [https://www.databreaches.net/ny-treasure-trove-of-grand-street-medical-associates-patient-data-exposed-and-indexed/]

To add to the confusion the Dallas Office of Civil Rights is investigating Patient's Choice. They told me to keep it on the down low, but not after all this. They had a public FTP Server, I even recorded the IT guy. https://soundcloud.com/justin-shafer/tracks [https://soundcloud.com/justin-shafer/tracks]   So why does one office refuse to investigate, but another office does investigate?

https://www.scribd.com/document/345133237/OCR001 [https://www.scribd.com/document/345133237/OCR001]



DEPARTMENT OF HEALTH & HUMAN SERVICES

Voice - (212) 264-3313, (800) 368-1019
TDD - (212) 264-2355, (800) 537-7697
(FAX) - (212) 264-3039
http://www.hhs.gov/ocr/

APR 0 5 2017

OFFICE OF THE SECRETARY

Office for Civil Rights, Region II
Jacob Javits Federal Building
26 Federal Plaza, Suite 3312
New York, NY 10278

Justin Shafer  **VIA EMAIL ONLY (justinshafer@gmail.com)**
7704 Sagebrush Ct. S.
North Richland Hills, TX 76182

Our Reference Number: 17-260688

Dear Justin Shafer:

On January 1, 2017, the U.S. Department of Health and Human Services (HHS), Office for Civil Rights (OCR), received your complaint alleging a violation of the Federal Standards for Privacy of Individually Identifiable Health Information and/or the Security Standards for the Protection of Electronic Protected Health Information (45 C.F.R. Parts 160 and 164, Subparts A, C, and E, the Privacy and Security Rules) by Grand Street Medical Associates (the Practice). Specifically, you allege that, the Practice used a public server to store patient data, which you were able to access, using the Google search engine, on March 21, 2016.

OCR enforces the Privacy and Security Rules, and also enforces Federal civil rights laws which prohibit discrimination in the delivery of health and human services because of race, color, national origin, disability, age, and under certain circumstances, sex and religion.

We have reviewed your complaint and have determined that OCR will not investigate your allegations. Therefore, OCR is closing this complaint with no further action, effective the date of this letter.

OCR's determination as stated in this applies only to the allegations in this complaint that were reviewed by OCR.

Under the Freedom of Information Act, we may be required to release this letter and other information about this case upon request by the public. In the event OCR receives such a request, we will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

We regret we are unable to assist you further. Thank you.

Sincerely,

Linda C. Colón
Regional Manager

[https://1.bp.blogspot.com/-X_Xx7IICDJU/WPBtPq75ekI/AAAAAAABNJg/-s8tkjFBWoY-D_FYDSBDI0Twa4ORyIBXwCLcB/s1600/OCR001-page-001.jpg]

When will I get my videos of my kids back? When will I get my property back? When will the FBI apologize for the way they have treated me? (NEVER). Maybe attorneys will learn to turn off tracking changes. heh.

I would LOVE to sue Patterson Dental. No, REALLY. Instead I am going to spend my money hiring a very good attorney named Tor Ekeland. It is what it is.

Not allowed to get on Twitter or Facebook etc. (Anything to get out of jail, right?)  A judge said so. They also said I was a flight risk after turning myself in and then they had the audacity to say I was a threat to society. Riiiiiight. I even get to have 8

mental health evaluations because my Probation Officer said people were afraid I would kill myself! Ha!



[https://www.pogowasright.org/wp-content/uploads/pogo2.gif]

Threats:
1. The VAN. A woman drove to my house and laid on the horn until I went outside.. I asked her what she wanted and she told me if I cared about my kids and drove away. (I had just submitted a breach to HHS regarding Williamsport but I used the doctors name and made up a patient count of 2600 (funny, because that was the number they used too, haha), because Dentrix had talked to the doctor and Dentrix told me they were "sure I wasn't the one who uploaded it"... I was too afraid to use my name for fear of retaliation. I thought the van was either Schein or the FBI. (It was the FBI)  http://justinshafer.blogspot.com/2016/01/williamsport-pa-databreach-update.html [http://justinshafer.blogspot.com/2016/01/williamsport-pa-databreach-update.html]

2. Phone call from Nathan Hopp during March 2013. After I went to WNEP about Williamsport, agent Hopp called me to ask me if I was a penetration tester and told me I don't want to get another phone call from the FBI. (I felt threatened by this, and told him I would tell ALL my friends on facebook.. not sure why I said that.. but... yeah)

3. The Patterson Dental RAID: Agent Hopp told me I should move. I gave him a look and he told me.. ."to colorado"...  He repeated this later.. I am pretty sure this is because I used to buy pot from a guy who had PTSD and he kept telling me he would kill me if I was late.. And finally I told him he should move... (after he told me he would meet me at my work, he had seen my website which means my house) I told him I was working with the "government" regarding the FTC and Dentrix and we would "both" be in a lot of trouble. Seemed to work too. =)

4. They beat the shit out of my car during the RAID. A fort worth cop was with me when they made all the racket and knocked over a metal trash can. Now I have dents on my car like they beat it with something and then opened my car door hard enough to put a dent in it, because there are kids toys next to my car, and they didn't bother to move them.

5. That VAN was parked outside of Colleen's and Matt's (neighbors) house during the Patterson Raid.

Nathan Hopp laughed at me and told me "Man.. Schein really burned you" and I told him it was them who really burned me. This wasn't a threat but just more of his smart ass attitude. When they pulled me out of my house in my boxers the FIRST thing I said was "WOW, This is how you treat people who help protect the American People?" By my count I am up to 500,000 Social Security Numbers.

FBI is shady. Make NO mistake about it.

Nathan does nothing but threaten people, in my opinion.

Can't wait to test Dentrix G6.3, maybe they FINALLY got rid of the hard-coded credentials. Maybe one day US-CERT will update their VU#.

Patterson Dental's FTP Server Notes:

> https://www.experts-exchange.com/questions/26983588/powershell-ftp-user-creation.html [https://www.experts-exchange.com/questions/26983588/powershell-ftp-user-creation.html] Tony Elam worked on a Powershell script that would create a directory for a new user and restrict that directory to just that user. Seems to have worked to.

> Author Comment by: TonyElam
> ID: 35492604 · 2011-04-29
>
> ok i made the following changes as well as your suggested change
> $objACL = Get-Acl "\\ptcnt016.eaglesoft.net\E\SecureFtpSite\Support\$AccountName"
> $objACL.AddAccessRule($objACE)

> [https://3.bp.blogspot.com/-4iIdlLvh9mQ/WPCPZ5LI37I/AAAAAAABNKQ/3S6jwcScOPoFFAraGjmF7fhBebFQ5aOIwCLcB/s1600/powershell.png]

> He wrote it in 2011. That is when most files on the ftp server were created.
> http://www.mmnt.net/db/0/0/ftp.eaglesoft.net/Trainers [http://www.mmnt.net/db/0/0/ftp.eaglesoft.net/Trainers] You can see most of these folders were created in 2011.
> So.. these users\folders are SUPPOSED to be Denied access for ALL users EXCEPT for the user that the folder is assigned to.
> Except mmnt's older cache reports sometime in 2013 that it was able to cache Eaglesoft.
> http://web.archive.org/web/20150412233208/http://www.mmnt.net/db/0/0/ftp.eaglesoft.net [http://web.archive.org/web/20150412233208/http://www.mmnt.net/db/0/0/ftp.eaglesoft.net]
>   Server: ftp://ftp.eaglesoft.net [ftp://ftp.eaglesoft.net/]
>     Total files found: 294,387

   Total urls found: 42,297
   Total links found: 0
   Indexed at: Thu Aug  1 06:39:19 2013
Someone could argue that the server was ONLY configured for directory listing and NOT read access..
But the whole point of the powershell script is to prevent even Directory Listing, Let alone Read Access.
Tony Elam got promoted in 2013, and someone else (I bet) started to administer the ftp server at Patterson Dental, and HAD to of RESET the NTFS File Permissions, and when they did that, it allowed the ENTIRE WORLD to READ the folders and files on the ENTIRE ftp server.
Case in point: http://www.pdfpump.com/patterson-test/ [http://www.pdfpump.com/patterson-test/]  Pdf pump was able to read a pdf file in a trainer folder.



   [https://4.bp.blogspot.com/-
McKvnmeA8KY/WPCFQ_BZyUI/AAAAAAABNKA/rp0b4Eb5d_ojKpNeoBKkCWB7Vxaw
   WoE9QCLcB/s1600/patterson.png]
I attached the trainers.png for you to see otherwise it is still there. I have contacted pdfpump and asked to see if they have a file called MGH Evaluation Reports.pdf that was on the Trainers MGH Dental Group Folder.
I have connected to Tony Elam as well on linked in about 30 minutes ago explaining some of this.. And also commending him on doing a good job on the powershell script. And pdfpump.. and etc.
I see what went wrong. And I feel like I am being blamed. I am hoping maybe they would like to gracefully exit this situation. Also my personal dentist may have downloaded the dental.log file that has the MGH patient data inside. HARD TO EXPLAIN????

I pray for the FBI, and all the good guys at the Mansfield Federal Holding Facility. They were SOOOOO NICE to me. Specifically to a guy named X who helped me appreciate life more, he is a good example for any Christian. God bless you, and thanks for hooking me up with soups when I was hungry. He was right.. I am skinny. =) 6 of em.. and a cup and a bowl. All X did the entire time I was there was pray and read scriptures. He has a full back tatoo that says Crime Pays. Guys like him deserve a second chance.

No comments allowed on this blog post, and blogger is NOT social media. It IS my first amendment right. You can take my facebook and twitter, but you will NOT take away my blog.

Happy Good Friday! When life gives you lemons... Make lemonade.

Posted 14th April by Justin Shafer

0    Add a comment