**SEALED**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:17-CR-239-N |
| | § | |
| JUSTIN MARK SHAFER, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## GOVERNMENT'S MOTION TO FOR LEAVE TO FILE RESPONSE UNDER SEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States Attorney for the Western District of Texas, by and through the undersigned Special Assistant United States Attorney, and files this Motion for Leave to Seal a Response, and would show the Court as follows:

I.

The Defendant has filed a Motion Appealing the Magistrate Judge's Order Revoking Pretrial Release (Document 46). The Government's response contains facts and aspects of this investigation that name the victims in this case and the pathways used by the Defendant to discover their identities, personal information and personal history. The Government's Motion and Exhibits are attached (Exhibit 1).

WHEREFOR, PREMISES CONSIDERED, the United States respectfully requests that the Government's Motion be GRANTED.

Respectfully submitted,

JEFFERSON B. SESSIONS
ATTORNEY GENERAL

RICHARD L. DURBIN
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TEXAS

*/s/ Douglas W. Gardner*

_____
DOUGLAS W. GARDNER
Special Assistant United States Attorney
Texas Bar No. 00796075
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Telephone:   512-916-5858
Facsimile:   512-916-5854

CERTIFICATE OF CONFERENCE/SERVICE

Per NDTX Local Rule 47.1 (a), I certify that on November 22, 2017, I conferenced via email with the attorney for the Defendant and he stated that he is opposed to this Motion pending further review.   A copy of the above Government's Motion has been delivered electronically via ECF on this 22nd day of November, 2017, to the following:

Tor Ekeland Law, PLLC
195 Montague Street
14th Floor
Brooklyn, NY 11201-3631
*Attorney for Defendant*



JEFFERSON B. SESSIONS
ATTORNEY GENERAL

RICHARD L. DURBIN
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TEXAS

_____
DOUGLAS W. GARDNER
Special Assistant United States Attorney
Texas Bar No. 00796075
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Telephone:   512-916-5858
Facsimile:   512-916-5854

**SEALED**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| Plaintiff. | § § | |
| v. | § § | **CRIMINAL NO. 3:17-CR-239-N** |
| **JUSTIN MARK SHAFER,** | § § | |
| Defendant. | § § § | |

## ORDER

Upon the application of the United States,

IT IS HEREBY ORDERED, that the Government's Motion for Leave to File a Response under Seal is GRANTED.

SIGNED, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

4